# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
DYSON, INC., Plaintiff,
v.
EURO-PRO OPERATING LLC and EURO-PRO SALES COMPANY, Defendants.

Case Number: 1:14-cv-09442

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Euro-Pro Operating LLC and Euro-Pro Sales Company

| | |
|---|---|
| NAME (Type or print)<br>Paul E. Veith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul E. Veith | |
| FIRM<br>Sidley Austin LLP | |
| STREET ADDRESS<br>One South Dearborn | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL Bar # 6204712 | TELEPHONE NUMBER<br>312-853-7000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐