UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON INC.,<br><br>Plaintiff,<br>v.<br><br>SHARKNINJA OPERATING LLC,<br>and<br>SHARKNINJA SALES COMPANY,<br><br>Defendants. | Civil Action No. 1:14-cv-09442<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS SHARKNINJA OPERATING LLC AND SHARKNINJA SALES COMPANY'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja"), by their undersigned counsel, for their answer to the First Amended Complaint, filed and served on September 1, 2015, of Plaintiff Dyson, Inc. ("Dyson"), respectfully amend their answer and affirmative defenses, and state as follows:

NATURE OF THE SUIT

**Allegation 1**: Dyson is the leading innovator in the vacuum cleaner industry. Although Dyson did not enter the U.S. market until 2002, it swiftly became a market leader due to groundbreaking advancements that revolutionized vacuum cleaner technology.

1. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in Paragraph 1 and therefore denies them.

**Allegation 2**: Perhaps the most widely-recognized aspect of Dyson's ingenuity is its signature "cyclone" technology, which allows Dyson's vacuums to generate and maintain a powerful, continuous force of suction. This suction power is a

> significant feature that helps Dyson's vacuums deliver some of the best pick-up performance in the industry on carpets, and to surpass *all* other vacuums' performance on carpets and hard floors combined. Dyson combined these and other innovations to create the DC65, which was Dyson's top-of-the-line full-sized upright vacuum when Dyson released it in early 2014. That machine improved upon Dyson's already impressive technology and features to offer the best overall cleaning performance of any prior Dyson vacuum cleaner across the full range of floors commonly found in U.S. homes (*i.e.*, carpets, flat hard floors, and hard floors with crevices). Recently, Dyson re-engineered the machine that was the DC65, improving the cleaner head on that machine to improve performance on carpet cleaning.

2. SharkNinja denies that any of Dyson's vacuums surpass all other vacuums' performance on carpets and hard floors combined. SharkNinja lacks knowledge or information sufficient to either admit or deny the remaining allegations set forth in this paragraph and on that basis denies them.

> **Allegation 3**: Like Dyson, Euro-Pro distributes and sells vacuum cleaners in the United States. Euro-Pro's vacuums typically are sold at much lower prices than Dyson's vacuums and are of lower quality than Dyson's products with respect to several key performance metrics.

3. SharkNinja admits that it distributes and sells vacuum cleaners in the United States and that its vacuums typically are sold at much lower prices than Dyson's vacuums. SharkNinja denies the remainder of the allegations in this paragraph.

> **Allegation 4**: Knowing it cannot compete with Dyson's superior technology and innovation, Euro-Pro instead attempts to compete with Dyson through false and aggressive advertising. Historically, Euro-Pro had adopted a strategy of promoting its vacuums as being "as good as" Dyson's vacuums, but at a lower price. Recently, however, Euro-Pro has gone further and claimed superiority over all Dyson vacuums—and over *all* other upright vacuum cleaners on the market. While Euro-Pro's aggressive superiority claims have sometimes been based on inadequate and unreliable data, more often they have been based on no data at all. Indeed, on three separate occasions during the last year and a half alone, the National Advertising Division of the Council Better Business Bureau (the advertising industry's self-regulatory body, referred to as "NAD") has examined Euro-Pro's superiority claims, found them to be false and misleading, and recommended that Euro-Pro stop making its unsupported claims.

4. Denied.

**Allegation 5**: Rather than responding to NAD's recommendations by releasing truthful and accurate advertising, in July 2014, Euro-Pro launched a new and inaccurate marketing campaign for its upright vacuum cleaner product, the Shark Rotator Powered Lift-Away. Disseminated nationwide and across all media, including via the internet, infomercials, television commercials, and print ads, as well as on product packaging, this campaign centers on a direct assault against Dyson and its DC65 upright vacuum. Euro-Pro expressly and falsely claims that the Shark Rotator Powered Lift-Away cleans better than the DC65 vacuum on carpets, as proven by "independent tests," and specifically claims that the Shark Rotator Powered Lift-Away outperforms the DC65 on one type of carpet by nearly 15%. To the contrary, robust independent testing shows that Euro-Pro's claims are false. The DC65 picks up more dust and dirt from carpets than the Shark Rotator Powered Lift-Away when the two vacuums are properly tested head-to-head under the industry-accepted test protocol for measuring cleaning performance on carpets, ASTM F608.

5. Denied.

**Allegation 6**: Euro-Pro's false and misleading advertising campaign is harmful to both Dyson and consumers. Euro-Pro's false claims of superiority over Dyson's DC65, and its false and misleading claims regarding the re-engineered Ball Multi Floor, threaten Dyson with lost sales, loss of goodwill, loss of market share, and irreparable harm. At the same time, Euro-Pro's false statements about its—and Dyson's—vacuums deceive consumers about the performance and capabilities of these products. Moreover, the timing of the release of Euro-Pro's campaign was particularly damaging and problematic, because the 2014 holiday shopping season was fast approaching at the time.

6. Denied.

## PARTIES

**Allegation 7**: Dyson is an Illinois corporation with its principal place of business at 600 West Chicago Avenue, Suite 275, Chicago, Illinois 60654. Dyson is an affiliate of the Dyson group of companies based in the United Kingdom. (Dyson and the Dyson group of companies are sometimes collectively referred to as the "Dyson Companies.") The Dyson Companies design, manufacture, market, and sell certain products and related accessories, including upright, canister, and handheld vacuum cleaners, as well as various parts and accessories for those vacuum cleaners. These products are sold throughout the United States, including in this judicial district.

7. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations in this paragraph and therefore denies them.

> **Allegation 8**: Upon information and belief, Defendant Euro-Pro Operating LLC, now known as SharkNinja Operating LLC, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 180 Wells Avenue, Suite 200, Newton, Massachusetts 02459.

8. Admitted.

> **Allegation 9**: Upon information and belief, Defendant Euro-Pro Sales Company, now known as SharkNinja Sales Company, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 180 Wells Avenue, Suite 200, Newton, Massachusetts 02459.

9. Admitted.

> **Allegation 10**: Euro-Pro (that is, Defendants Euro-Pro Operating LLC and Euro-Pro Sales Company, collectively) markets and sells consumer appliances, including vacuum cleaners, steam mops, handheld steam cleaners, irons, blenders, and other small kitchen appliances, in this judicial district and throughout the United States. The offending advertising statements have been distributed and otherwise published in this judicial district, as well as throughout the United States.

10. Admitted, except SharkNinja denies that any of its advertising statements are "offending."

> **Allegation 11**: Euro-Pro competes with Dyson in the U.S. vacuum cleaner market. In fact, Euro-Pro's advertising focuses on expressly comparing its Shark brand vacuum cleaners to Dyson vacuums. In virtually all of its advertising and on the packaging for many of its products, Euro-Pro makes a number of direct comparisons between Euro-Pro and its products on the one hand and Dyson and Dyson's products on the other. Euro-Pro's vacuum cleaners and Dyson's vacuum cleaners both are sold at numerous, overlapping retail outlets, including Lowe's, Amazon, Best Buy, Target, Wal-Mart, Bed Bath & Beyond, and Kohl's, among others.

11. SharkNinja admits that it competes with Dyson in the U.S. vacuum cleaner market; that certain of its advertising expressly compares Shark brand vacuum cleaners to Dyson brand vacuum cleaners; and that SharkNinja's vacuum cleaners and Dyson's vacuum cleaners are sometimes sold at the same retail outlets. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations concerning which retail outlets sell Dyson's

products and on that basis denies those allegations. SharkNinja denies the remaining allegations set forth in this paragraph.

## JURISDICTION AND VENUE

**Allegation 12**: This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, because Count One, for false advertising, arises under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B). Counts Two and Three, for deceptive trade practices and false advertising under Illinois law, are so related to the preceding claims for relief that they form part of the same case or controversy, thereby giving this Court supplemental jurisdiction under 28 U.S.C. § 1367(a) over the related state law claims. Alternatively, this Court has subject matter jurisdiction over all claims in this matter pursuant to 28 U.S.C. § 1332(a), because this is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

12. This paragraph contains conclusions of law, to which no response is required.

**Allegation 13**: This Court has personal jurisdiction over Euro-Pro because, upon information and belief, Euro-Pro regularly transacts and solicits business from customers residing in this judicial district and the state of Illinois, including via the false and misleading advertisements at issue in this action; Euro-Pro has caused tortious injury in this judicial district and the state of Illinois through the false and misleading advertisements at issue in this action; and Euro-Pro regularly derives substantial revenue from the sale of its products to retailers located in this judicial district and the state of Illinois, as well as directly to persons in this judicial district and the state of Illinois through retail stores and the Internet.

13. This paragraph contains conclusions of law, to which no response is required. To the extent this paragraph alleges facts which require a response, SharkNinja denies the allegations set forth therein.

**Allegation 14**: Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c), because, upon information and belief, Euro-Pro is subject to personal jurisdiction in this judicial district and therefore resides in this judicial district; Euro-Pro's unlawful conduct has injured Dyson within this judicial district; Euro-Pro conducts business in this judicial district; and a substantial part of the events or omissions giving rise to the claims herein occurred in this judicial district.

14. This paragraph contains conclusions of law, to which no response is required. To the extent this paragraph alleges facts which require a response, SharkNinja denies the allegations set forth therein.

EURO-PRO'S ADVERTISING FOR
SHARK ROTATOR POWERED LIFT-AWAY VACUUM CLEANER

**Allegation 15**: Euro-Pro's advertising for its Shark Rotator Powered Lift-Away vacuum cleaner includes a number of false and misleading comparative claims extolling the product's supposedly superior cleaning performance versus Dyson's DC65 upright vacuum cleaner, and Dyson's "best vacuum," which, for the purposes of carpet cleaning performance, is the re-engineered Dyson Ball Multi Floor vacuum.[1] Euro-Pro makes these claims in an extended infomercial for the Shark Rotator Powered Lift-Away, in shorter television commercials, in print ads, on online banner ads, on the product's packaging, and on Euro-Pro's www.sharkclean.com website. These superior performance claims are false and misleading, as Dyson has independent laboratory testing that repeatedly proves that the DC65 (including its current iteration, the re-engineered Ball Multi Floor) cleans carpets better than the Shark Rotator Powered Lift-Away, under the relevant industry test protocol.

[1] Dyson sold its product under the name DC65 from its launch in January 2014 until March 2015, when it was re-named the Dyson Ball Multi Floor. Dyson recently re-engineered the Ball Multi Floor Product to provide even better cleaning performance, including on carpets.

15. Denied.

**Allegation 16**: In its marketing campaign for the Shark Rotator Powered Lift-Away, Euro-Pro repeatedly and pervasively tells consumers that its Shark Rotator Powered Lift-Away vacuum "deep cleans carpets better than Dyson's best vacuum."

16. This paragraph purports to characterize limited portions of SharkNinja's advertising for the Shark Rotator Powered Lift-Away. SharkNinja's advertising speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced advertising in its entirety for its contents. In the event that an answer is required, SharkNinja admits that certain of its advertising for the Shark Rotator Powered Lift-Away has contained the quoted statement in

connection with other statements and relevant disclosures. SharkNinja denies the remaining allegations set forth in this paragraph.

> **Allegation 17**: For example, in Euro-Pro's original infomercial for the Shark Rotator Powered Lift-Away, which features Euro-Pro's CEO alongside a spokeswoman, the CEO exclaims: "***In fact, my new Rotator Powered Lift-Away has more suction and deep-cleans carpets better than Dyson's best vacuum***," while the claim is prominently displayed in text onscreen, with a small-print disclaimer that states, "Shark® NV650 vs. Dyson® DC65 based on ASTM F558 measured at the hose & ASTM F608 embedded dirt (NV650 in carpet/low pile mode)." [PICTURE OMITTED]

17. This paragraph purports to characterize and depict limited portions of a SharkNinja infomercial for the Shark Rotator Powered Lift-Away. SharkNinja's infomercial speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced infomercial in its entirety for its contents. To the extent a response is required to this paragraph, SharkNinja denies the allegations set forth therein.

> **Allegation 18**: Euro-Pro's CEO goes on to assert that Euro-Pro has "independent lab tests" to back up this superior performance claim: "We asked independent testing facilities to conduct the one and only, industry-recognized test of carpet cleaning, and we went head-to-head with Dyson's best. Both vacuums were tested on four of the most commonly-owned carpet types in America, and when all was said and done, ***the independent lab tests proved without question that our new Shark Rotator Powered Lift-Away deep-cleans carpets better than Dyson's best $600 vacuum***."

18. This paragraph purports to characterize limited portions of a SharkNinja infomercial for the Shark Rotator Powered Lift-Away. SharkNinja's infomercial speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced infomercial in its entirety for its contents. To the extent a response is required to this paragraph, SharkNinja denies the allegations set forth therein.

> **Allegation 19**: Euro-Pro makes similar superior carpet cleaning claims on its website, in television spots, and on its product packaging. Euro-Pro's webpage for the Shark Rotator Powered Lift-Away proclaims that the product "Cleans Carpets

> Better** Compared to Dyson®'s Best Vacuum!," with the disclaimer, "**Based on the ASTM F608 in Carpet/Low Pile mode vs. Dyson® DC65."

19. This paragraph purports to characterize limited portions of a SharkNinja webpage for the Shark Rotator Powered Lift-Away. SharkNinja's webpage speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced webpage in its entirety for its contents. To the extent a response is required to this paragraph, SharkNinja denies the allegations set forth therein.

> **Allegation 20**: For example, in a 15-second television commercial, Euro-Pro claims that the Shark Rotator Powered Lift-Away "deep cleans better than a $600 Dyson": [PICTURE OMITTED]

20. This paragraph purports to characterize and depict limited portions of a SharkNinja 15-second television commercial for the Shark Rotator Powered Lift-Away. SharkNinja's commercial speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced commercial in its entirety for its contents. In the event that an answer is required, SharkNinja admits that the quoted text appears in the picture included in this paragraph along with a disclosure stating "Based on the ASTM F608 in Carpet/Low Pile mode vs. Dyson® DC65," in connection with other statements and relevant disclosures. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 21**: In addition to its television blitz, Euro-Pro also ran its advertising campaign for the Shark Rotator Powered Lift-Away in print advertising, making the same types of false claim in nationwide magazines. For instance, Euro-Pro ran the following full-page ad in the November 17, 2014 edition of People Magazine, claiming that its new product offers "Cleaner Carpets vs Dyson's Best Vacuum": [PICTURE OMITTED]

21. This paragraph purports to characterize and depict limited portions of a SharkNinja print advertisement for the Shark Rotator Powered Lift-Away. SharkNinja's print advertisement speaks for itself; therefore, no answer is required and SharkNinja refers to the

referenced print advertisement in its entirety for its contents. In the event that an answer is required, SharkNinja admits that the quoted text appears in the picture included in this paragraph in addition to a disclaimer which states in relevant part "Based on NV650 vs. Dyson DC65 ** ASTM F608 (embedded dirt in carpet)" in connection with other statements and relevant disclosures. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 22**: Similarly, since Euro-Pro launched the Shark Rotator Powered Lift-Away in July 2014, it has claimed on its product packaging that the Shark Rotator Powered Lift-Away "cleans carpets better vs. Dyson's best vacuum." This applies at least to Euro-Pro's first three models of the Shark Rotator Powered Lift-Away—the NV650, NV651, and NV652—each of which asserts the identical "cleans carpets better" claim on packaging, as shown below. [PICTURE OMITTED]

22. This paragraph purports to characterize and depict limited portions of SharkNinja's product packaging for the Shark Rotator Powered Lift-Away. SharkNinja's product packaging speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced product packaging in its entirety for its contents. In the event that an answer is required, SharkNinja admits that the quoted statement appears on SharkNinja's product packaging for the Shark Rotator Powered Lift-Away along with a disclosure stating "Based on the ASTM F608 in Carpet/Low Pile mode vs. Dyson® DC65," in connection with other statements and relevant disclosures. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 23**: On information and belief, in approximately March 2015, Euro-Pro released new models of the Shark Rotator Powered Lift-Away, including at least Euro-Pro model numbers NV750, NV750W, NV751, and NV752.

23. Admitted.

> **Allegation 24**: On information and belief, Euro-Pro makes the same or substantially the same false and misleading claims with respect to those products in each form of media and on product packaging as set out above with respect to Euro-Pro's NV750-series of products.

24. Denied.

> **Allegation 25**: On information and belief, Euro-Pro's NV750-series Shark Rotator Powered Lift-Away vacuums are mechanically identical to its NV650-series Shark Rotator Powered Lift-Away vacuums.

25. Denied.

> **Allegation 26**: On information and belief, Euro-Pro relies on the same testing to purportedly substantiate the carpet cleaning superiority claims it makes to promote its NV650-series and its NV750-series products.

26. Admitted that SharkNinja relies on testing previously admitted into evidence in this case, in support of certain advertising claims in connection with the NV650 series and NV750 series products. SharkNinja denies the remaining allegations in this paragraph.

## DYSON'S LABORATORY TESTING

> **Allegation 27**: Euro-Pro's claims that the Shark Rotator Powered Lift-Away outperforms the Dyson DC65, Dyson's "best" vacuum, or a "$600 Dyson" on carpets are demonstrably false and misleading.

27. Denied.

> **Allegation 28**: ASTM F608-13 is the industry-accepted test protocol for evaluating a vacuum cleaner's effectiveness at removing embedded dirt from carpets. ASTM F608-13 calls for using multiple units of a vacuum and testing how much dirt each unit picks up from four different types of carpet—shag, plush, multi-level, and level loop. A vacuum's "score" is the geometric mean calculated from the pick-up from the different carpet types. A higher score indicates better performance.

28. SharkNinja admits that ASTM F608-13 is the industry-accepted test protocol for evaluating a vacuum cleaner's effectiveness at removing embedded dirt from carpets. To the extent this paragraph purports to characterize limited portions of the ASTM F608-13 testing protocol, the ASTM F608-13 speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced ASTM F608-13 protocol in its entirety for its contents. To the extent the

remainder of this paragraph requires a response, SharkNinja denies the allegations set forth therein.

**Allegation 29**: The standard sets forth certain testing requirements, including the amount and type of debris used, the use of calibrated carpet test samples, sufficiently similar laboratory conditions, and standardized cleaning paths across carpets. The ASTM F608 protocol also requires that, when a machine has different settings for different carpet types, the machines' settings must be adjusted based on the manufacturer's instructions.

29. The ASTM F608-13 protocol speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced ASTM F608-13 protocol in its entirety for its contents. To the extent the remainder of this paragraph requires a response, SharkNinja denies the allegations set forth therein.

**Allegation 30**: Dyson retained IBR Laboratories—an accredited, independent laboratory that is the leading third-party testing laboratory in the vacuum-cleaner industry—to test the Dyson DC65 against the Shark Rotator Powered Lift-Away under the ASTM F608-13 protocol.

30. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in this paragraph and therefore denies them.

**Allegation 31**: When tested by IBR pursuant to ASTM F608-13 in September 2014, the DC65 had an overall score of 34.3. This result is consistent with past testing of the DC65 by IBR. For example, in March 2014, IBR tested the DC65 under ASTM F608-13 and obtained a score of 34.7. Moreover, upon information and belief, Euro-Pro commissioned an independent laboratory to test the DC65 pursuant to ASTM F608-13, and the laboratory observed a score of 33.5. In other words, two different independent laboratories have tested the DC65's cleaning performance on carpets on three separate occasions using the industry-standard test, and the product's score has been consistent.

31. SharkNinja admits that it has commissioned independent laboratory testing of the DC65 pursuant to ASTM F608-13, and that the results of that testing show that the "percent carpet-embedded dirt removal effectiveness" of all DC65 test vacuum units on all tested carpet types (*i.e.*, ASTM F608-13 § 9.4.23) was 33.5. SharkNinja admits that IBR states that it has

tested the DC65, but denies that such testing was trustworthy or reliable. SharkNinja lacks knowledge or information sufficient to either admit or deny the remaining allegations set forth in this paragraph and therefore denies them.

> **Allegation 32**: The Shark Rotator Powered Lift-Away NV651 offers two settings for cleaning carpets. As written at the time the product was launched, the product manual for the Shark Rotator Powered Lift-Away NV651 specifically indicates that the setting should be changed depending on whether the carpet type is high-pile (*i.e.*, thicker) carpet or low-pile carpet, as the following excerpt from the original Shark Rotator Powered Lift-Away NV651 product manual demonstrates: [PICTURE OMITTED]

32. SharkNinja admits that the Shark Rotator Powered Lift-Away NV651 offers two settings for use on carpeted surfaces. SharkNinja also admits that the term "high-pile" can be defined in terms of a carpet's thickness. The remainder of this paragraph purports to characterize and depict limited portions of SharkNinja's product manual for the Shark Rotator Powered Lift-Away NV651. SharkNinja's product manual speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced product manual in its entirety for its contents. To the extent the remainder of this paragraph requires a response, SharkNinja denies the same.

> **Allegation 33**: On information and belief, the Shark Rotator Powered Lift-Away model NV651 and Shark Rotator Powered Lift-Away model NV650 are mechanically identical.

33. Admitted.

> **Allegation 34**: In November 2014, IBR tested five Shark Rotator Powered Lift-Away model NV651 units. As called for in the ASTM protocol and as Euro-Pro instructed in its manual, IBR adjusted the settings on the NV651 relative to the type of carpet. When tested by IBR pursuant to ASTM F608-13 and in accordance with Euro-Pro's instruction manual to consumers, the Shark Rotator Powered Lift-Away model NV651 had an overall score of only 29.5.

34. SharkNinja admits that IBR states that it has tested five Shark Rotator Powered Lift-Away Model NV651 units. SharkNinja denies that IBR followed ASTM F608-13 or

SharkNinja's manual for the NV651 when it purportedly tested the units. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 35**: In September 2014, IBR also tested the Shark Rotator Powered Lift-Away model NV651 vacuum under the manipulated version of ASTM F608-13 reflected in Euro-Pro's ads. For this test, Dyson instructed IBR to set all the NV651 units on the low-pile carpet setting for all four carpet types identified in the protocol, because that is how Euro-Pro claims to have conducted its testing per its disclaimer. This test method, however, was a deviation from the ASTM protocol and contrary to how Euro-Pro instructed consumers to use the Shark Rotator Powered Lift-Away. Regardless, even when tested under Euro-Pro's modified method, the Shark Rotator Powered Lift-Away model NV651 had an overall score of only 28.9.

35. SharkNinja admits that IBR states that it tested the Shark Rotator Powered Lift-Away Model NV651 in both carpet modes. SharkNinja denies that IBR followed ASTM F608-13 or SharkNinja's manual. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 36**: In October and November 2014, IBR also tested numerous Shark Rotator Powered Lift-Away model NV652 vacuums under ASTM F608-13. Similar to the NV651 testing, when IBR properly adjusted the settings on the NV652 relative to the type of carpet—as Euro-Pro instructed in its manual and as ASTM F608-13 protocol dictated—the results of that testing show an overall score of only 33.4 for the Shark Rotator Powered Lift-Away model NV652, further confirming that the DC65 cleans carpets better than any Shark Rotator Powered Lift-Away model.

36. SharkNinja admits that IBR states that it has tested the Shark Rotator Powered Lift-Away Model NV652 in both carpet modes. SharkNinja denies that IBR followed ASTM protocol or SharkNinja's manual. SharkNinja denies the remaining allegations contained in this paragraph.

> **Allegation 37**: IBR's robust, independent testing shows that the Dyson DC65 repeatedly and consistently achieved a higher score under the ASTM F608-13 protocol than the Shark Rotator Powered Lift-Away models. Euro-Pro's claims to the contrary regarding the vacuums' comparative performances are false and misleading.

37. Denied.

EURO-PRO'S QUANTIFIED SUPERIOR PERFORMANCE CLAIMS

> **Allegation 38**: At the time it launched its infomercial, Euro-Pro also promoted the Shark Rotator Powered Lift-Away's allegedly superior carpet cleaning performance with a graphic indicating that its vacuum outperforms the DC65 by a quantified factor of 42 to 37 (with the Shark Rotator Powered Lift-Away allegedly picking up 42 grams of dust from "carpets" while the DC65 picks up only 37 grams): [PICTURE OMITTED]

38. This paragraph purports to re-assert a claim rendered moot and recognized by the Court as such in its December 22, 2014 Memorandum Opinion and Order; accordingly, no response is required. *See* Dkt. 65 at 7 n.2. To the extent a response to this paragraph is required, SharkNinja denies the allegations set forth therein.

> **Allegation 39**: This graphic communicates a specific quantified comparative cleaning performance claim across multiple carpet types. Onscreen text asserts that "Shark deep cleans *carpets* better than $600 Dyson." Immediately preceding this graphic's appearance in the Shark Rotator Powered Lift-Away infomercial, Euro-Pro's CEO states, "Both vacuums were tested on *four* of the most commonly-owned carpet types in America, and . . . our new Shark Rotator Powered Lift-Away deep cleans carpets better than Dyson's best $600 vacuum."

39. This paragraph purports to re-assert a claim rendered moot and recognized by the Court as such in its December 22, 2014 Memorandum Opinion and Order; accordingly, no response is required. *See* Dkt. 65 at 7 n.2. To the extent a response to this paragraph is required, SharkNinja denies the allegations set forth therein.

> **Allegation 40**: In fact—contrary to Euro-Pro's claim—IBR's independent laboratory testing proves that, when test on multi-level carpet alone per ASTM F608-13, the DC65 removed 40.2 grams of dirt, while the Shark Rotator Powered Lift-Away model NV651 removed only 27.6 grams in one test and 32.5 in another, and model NV652 removed only 30.5 and 37.6 grams. This robust, independent testing demonstrates that no Shark Rotator Powered Lift-Away model outperforms the DC65 on multi-level carpet alone. In addition, upon information and belief, Euro-Pro's own independent testing proved that the Shark Rotator Powered Lift-Away did not beat the DC65 on the multi-level carpet type. Thus, Euro-Pro's graph, claiming that the Shark Rotator Powered Lift-Away out

cleans the DC65 by a measure of 42 grams to 37 grams on multi-level carpet, is literally false.

40. This paragraph purports to re-assert a claim rendered moot and recognized by the Court as such in its December 22, 2014 Memorandum Opinion and Order; accordingly, no response is required. *See* Dkt. 65 at 7 n.2. To the extent a response to this paragraph is required, SharkNinja denies the allegations set forth therein.

**Allegation 41**: Although Euro-Pro improperly attempts to restrict its quantified claim to performance on a single carpet type, via a fleeting, small-print disclaimer that states, "Shark® NV650 vs. Dyson® DC65 ASTM F608 in carpet/low pile mode (embedded dirt in multi-level carpet sample)," IBR's testing indicates that the DC65 out cleans the Shark Rotator Powered Lift-Away on multi-level carpet under the ASTM F608-13 protocol.

41. This paragraph purports to re-assert a claim rendered moot and recognized by the Court as such in its December 22, 2014 Memorandum Opinion and Order; accordingly, no response is required. *See* Dkt. 65 at 7 n.2. To the extent a response to this paragraph is required, SharkNinja denies the allegations set forth therein.

**Allegation 42**: For these reasons, Euro-Pro's quantified superior carpet cleaning claim is also false and misleading.

42. This paragraph purports to re-assert a claim rendered moot and recognized by the Court as such in its December 22, 2014 Memorandum Opinion and Order; accordingly, no response is required. *See* Dkt. 65 at 7 n.2. To the extent a response to this paragraph is required, SharkNinja denies the allegations set forth therein.

## CHANGES IN THE MARKETPLACE

**Allegation 43**: In addition to Euro-Pro's advertising claims being false and misleading when launched due to the superior performance of the Dyson DC65 vacuum, the claims are also false and misleading against Dyson's latest iteration of the DC65, the re-engineered Ball Multi Floor.

43. Denied.

> **Allegation 44**: In a company-wide initiative to rename all of its vacuum products, Dyson renamed the DC65 in March of 2015, and that machine has been marketed under the name Dyson Ball Multi Floor since then. Then, in June 2015, Dyson launched its new and improved "re-engineered" Dyson Ball Multi Floor. That machine has an updated, improved cleaner head and provides superior pick up performance on carpet. Specifically, the re-engineered Dyson Ball Multi Floor performs better under ASTM F608 testing than its prior iteration, the DC65. Just as important, the re-engineered Dyson Ball Multi Floor also performs better under ASTM F608 testing than the Shark Rotator Powered Lift-Away.

44. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in this paragraph and therefore denies them.

> **Allegation 45**: In light of the introduction of the re-engineered machine, Euro-Pro has a duty to update its substantiation, and it must possess the "independent lab tests" that it purports to have in its advertising, namely Euro-Pro must have testing that shows its Shark Rotator Powered Lift-Away cleans carpets better than Dyson's "best" machine at carpet cleaning, *i.e.*, the re-engineered Ball Multi Floor. Upon information and belief, Euro-Pro has no such testing. To the contrary, upon information and belief, Euro-Pro is aware that its Shark Rotator Powered Lift-Away vacuum does not clean carpets better than the re-engineered Dyson Ball Multi Floor.

45. Denied.

> **Allegation 46**: Moreover, in its advertisements, including its infomercial that has run almost every day since November 2014, Euro-Pro claims that "independent lab tests" show or prove that its Shark Rotator Powered Lift-Away cleans better than "Dyson's best vacuum." As of June 2015, the re-engineered Dyson Ball Multi Floor is Dyson's "best" vacuum for carpet cleaning.

46. This paragraph purports to characterize limited portions of SharkNinja's advertising for the Shark Rotator Powered Lift-Away. SharkNinja's advertising speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced advertising in its entirety for its contents. In the event that an answer is required, SharkNinja admits that certain of its advertising for the Shark Rotator Powered Lift-Away has contained the quoted statement in connection with other statements and relevant disclosures. SharkNinja lacks knowledge or

information sufficient to either admit or deny the remaining allegations set forth in this paragraph and therefore denies them.

> **Allegation 47**: Euro-Pro, in an attempt to address the fact that its Shark Rotator Powered Lift-Away does not beat the re-engineered machine, has revised certain of its advertisements, moving the previous reference to the DC65 as the point of comparison from the mouse-type disclaimer that flashed at the bottom of the screen to now be part of the claim. Specifically, for example, in or around July 2015, Euro-Pro added the term "DC65" after "Dyson's Best Vacuum" as shown below: [PICTURE OMITTED]

47. This paragraph purports to characterize limited portions of SharkNinja's advertising for the Shark Rotator Powered Lift-Away. SharkNinja's advertising speaks for itself; therefore, no answer is required and SharkNinja refers to the referenced advertising in its entirety for its contents. In the event that an answer is required, SharkNinja admits that certain of its advertising for the Shark Rotator Powered Lift-Away has contained the quoted statement in connection with other statements and relevant disclosures. SharkNinja denies the remaining allegations set forth in this paragraph.

> **Allegation 48**: The statement "Dyson's Best Vacuum - DC65" is literally false. The former DC65 is not Dyson's best vacuum; rather, Dyson's best vacuum in terms of carpet cleaning ability is the re-engineered machine sold under the name Dyson Ball Multi Floor. Euro-Pro knows this and is intentionally misinforming consumers as to the nature and quality of Dyson's machines, as well as the relative performance of its own Shark Rotator Powered Lift-Away.

48. Denied.

> **Allegation 49**: Accordingly, the re-engineered Dyson Ball Multi Floor renders Euro-Pro's claims both false and misleading.

49. Denied.

<u>MATERIALITY AND WILLFULNESS</u>

> **Allegation 50**: Euro-Pro's superior carpet cleaning performance claims are material to consumers because they are likely to influence consumers' purchasing decisions. Indeed, cleaning performance is a key—if not the key—attribute of a vacuum cleaner's performance.

50. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in this paragraph and on that basis denies them.

**Allegation 51**: Euro-Pro itself recognizes the materiality of these claims, as evidenced by its prominent use of the claims in nearly all of the advertisements in its Shark Rotator Powered Lift-Away marketing campaign, its ads' focus on comparative claims versus with [sic] the DC65 throughout its full-length Shark Rotator Powered Lift-Away infomercial, and the prominent display of the superiority carpet cleaning performance claim on four sides of the Shark Rotator Powered Lift-Away's packaging.

51. Denied.

**Allegation 52**: Upon information and belief, Euro-Pro's false advertising is willful and knowing, as Euro-Pro continues to make and disseminate its claims that the Shark Rotator Powered Lift-Away outperforms the DC65, that it beats Dyson's re-engineered Ball Multi Floor, and that Dyson's "Best" vacuum is the outdated DC65.

52. Denied.

ALLEGED IRREPARABLE HARM TO DYSON

**Allegation 53**: Euro-Pro's false and misleading superior carpet cleaning performance claims are causing harm to Dyson in the marketplace, as they are likely to mislead consumers about the performance of the Shark Rotator Powered Lift-Away, the DC65, and the Dyson Ball Multi Floor when consumers make vacuum cleaner purchasing decisions.

53. Denied.

**Allegation 54**: Euro-Pro's claims compare its products directly with Dyson's vacuums, and Euro-Pro expressly references Dyson by name throughout its advertisements. This false comparative advertising causes irreparable harm to Dyson.

54. Denied, except SharkNinja admits that certain of its advertising truthfully compares the Shark Rotator Professional Lift-Away directly to the Dyson DC65.

**Allegation 55**: Euro-Pro's false statements that the Shark Rotator Powered Lift-Away cleans carpets better than the Dyson DC65 or re-engineered Dyson Ball Multi Floor diminish Dyson's goodwill among customers. Because Euro-Pro's

advertisements expressly identify Dyson by name, they tarnish the Dyson brand name to retailers and consumers.

55. Denied.

**Allegation 56**: The harm to Dyson is exacerbated because Euro-Pro's false advertising was disseminated during the most significant buying season, the holiday season. Nearly twenty percent of all vacuum cleaner sales in the United States are made during the November and December holiday season, and Dyson's sales during these two months alone account for approximately 28% of Dyson's overall annual vacuum cleaner sales.

56. SharkNinja denies the allegations set forth in the first sentence of this paragraph. SharkNinja lacks knowledge or information sufficient to either admit or deny the remaining allegations set forth in this paragraph and on that basis denies them.

**Allegation 57**: The harm to Dyson is further exacerbated because Euro-Pro is falsely informing consumers as to the nature and quality of an outdated machine during a critical time in the launch and marketing of Dyson's newest, re-engineered machine.

57. Denied.

COUNT ONE
LANHAM ACT FALSE ADVERTISING (15 U.S.C. § 1125(a)(1)(B))

**Allegation 58**: Dyson hereby realleges and incorporates by reference paragraphs 1 through 57 of this Complaint as if set forth fully herein.

58. In response to this paragraph, SharkNinja incorporates its responses contained in all of the preceding paragraphs of this answer.

**Allegation 59**: Euro-Pro's commercial advertising claims described herein are false and misleading in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

59. Denied.

**Allegation 60**: Euro-Pro has made material false and misleading statements in its commercial advertisements for its vacuum cleaner products, and these statements regarding vacuum cleaner performance have and are likely to continue to influence consumers' purchasing decisions.

60. Denied.

**Allegation 61**: Euro-Pro's statements—including its various literally false claims—have the tendency to deceive a substantial segment of consumers, who have relied or likely will rely on Euro-Pro's false statements in making their vacuum cleaner purchase decisions.

61. Denied.

**Allegation 62**: Euro-Pro has caused its false statements to enter interstate trade or commerce.

62. Denied.

**Allegation 63**: As a direct and proximate result of Euro-Pro's false and deceptive campaign, Dyson is suffering immediate and continuing irreparable injury for which there is no adequate remedy at law.

63. Denied.

**Allegation 64**: As a direct and proximate result of these actions, Dyson has suffered and will continue to suffer significant monetary damages and discernible competitive injury by the direct diversion of sales from Dyson to Euro-Pro and by a loss of goodwill associated with Dyson's vacuum cleaner products and brand.

64. Denied.

**Allegation 65**: Euro-Pro's false advertising is knowing and willful. Dyson is entitled to injunctive relief and to the recovery of all available damages, attorneys' fees, costs, and Euro-Pro's profits.

65. Denied.

**Allegation 66**: This is an exceptional case within the meaning of Section 35 of the Lanham Act, 15 U.S.C. § 1117.

66. Denied.

## COUNT TWO
## ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT (815 ILCS 510/1)

**Allegation 67**: Dyson hereby realleges and incorporates by reference paragraphs 1 through 57 of this Complaint as if set forth fully herein.

67. In response to this paragraph, SharkNinja incorporates its responses contained in all of the preceding paragraphs of this answer.

**Allegation 68**: Both Dyson and Euro-Pro are engaged in trade and commerce in the state of Illinois, and both are engaged in interstate trade or commerce.

68. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in this paragraph and on that basis denies them.

**Allegation 69**: Euro-Pro has represented that its vacuum cleaners have characteristics, uses, and/or benefits that they do not have.

69. Denied.

**Allegation 70**: Euro-Pro has represented that its goods are of a particular standard, quality, or grade when they are not.

70. Denied.

**Allegation 71**: Euro-Pro's false and misleading advertising claims disparage Dyson and Dyson's products by asserting false and misleading representations of fact about the performance of Dyson's vacuum cleaners, both alone and in comparison to Euro-Pro's products.

71. Denied.

**Allegation 72**: Euro-Pro's actions involve advertising and trade practices which are addressed to the market generally and implicate consumer protection concerns.

72. Denied.

**Allegation 73**: Euro-Pro's conduct constitutes deceptive acts or practices in the course of business, trade, or commerce in violation of 815 ILCS 510/2, including misrepresentation and concealment or omission of material facts in its advertising, with intent that others will rely upon the misrepresentation, concealment, or omission of such material facts.

73. Denied.

COUNT THREE
ILLINOIS COMMON LAW FALSE ADVERTISING

> **Allegation 74**: Dyson hereby realleges and incorporates by reference paragraphs 1 through 57 of this Complaint as if set forth fully herein.

74. In response to this paragraph, SharkNinja incorporates its responses contained in all of the preceding paragraphs of this answer.

> **Allegation 75**: Both Dyson and Euro-Pro are engaged in trade and commerce in the state of Illinois, and both are engaged in interstate trade or commerce.

75. SharkNinja lacks knowledge or information sufficient to either admit or deny the allegations set forth in this paragraph and on that basis denies them.

> **Allegation 76**: Euro-Pro's actions involve advertising and trade practices which are addressed to the market generally and implicate consumer protection concerns.

76. Denied.

> **Allegation 77**: Euro-Pro's conduct constitutes unfair competition, including misrepresentation and concealment or omission of material facts in its advertising. Euro-Pro intended that others rely upon that misrepresentation, concealment, or omission of such material facts.

77. Denied.

> **Allegation 78**: Euro-Pro's statements have actually deceived and have the tendency to deceive a substantial segment of consumers, who have relied or likely will rely on Euro-Pro's false statements in making their vacuum cleaner purchase decisions.

78. Denied.

## PRAYER FOR RELIEF

SharkNinja denies that Dyson is entitled to any of the relief set forth in the Prayer for Relief on pages 21-22 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

Dyson's claims are barred, in whole or in part, by the doctrine of unclean hands. In support of this defense, SharkNinja states as follows:

- Dyson sells and has sold the Dyson DC65 upright vacuum cleaner in direct competition with the Shark Rotator Powered Lift-Away and other Shark upright vacuums. Dyson and its retailers continue to advertise the DC65 online and in retail stores as its "best vacuum," at a regular retail price of $599, alongside the Shark Rotator Powered Lift-Away. Yet Dyson alleges that "for the purposes of carpet cleaning performance," its "best vacuum" is in fact "the re-engineered Dyson Ball Multi Floor vacuum." *See* Allegations 15, 46, 48, 52. In August 2015, Dyson's website advertised its DC65 Animal as having "[b]etter overall performance than any other vacuum" and offered the vacuum at $599.99 with free shipping and a 5-year warranty. *See* Exhibit A. According to Dyson, then, Dyson's biggest retailers (including Home Depot, Target, and Amazon) and its other advertisers—who are presumably using ad copy supplied by Dyson—are also making false and misleading claims to consumers. A review of those retailers' websites in August and September 2015 reveals that the DC65 is still being advertised as "the most powerful upright vacuum on a ball," along with Dyson's false claims that it has "twice the suction of any other vacuum," has "the strongest suction of any other vacuum," and "cleans better than any other vacuum across carpets and hard floors." *See* Exhibits B, C, D, E. Dyson cannot claim that SharkNinja is "falsely" telling consumers that the DC65 is Dyson's "best vacuum" when Dyson, its retailers, and its advertisers are also telling consumers that the DC65 is Dyson's "best vacuum." Moreover, based on Dyson's affirmative allegation that the Dyson Ball Multi Floor is its "best vacuum," Dyson and its retailers and other advertisers are engaged in intentional and literal false and misleading advertising.

- At one time, Dyson sold the Dyson DC41 vacuum cleaner in direct competition with Shark Rotator vacuum cleaners. On information and belief, both the DC41 and the DC65 have been sold alongside the Shark Rotator Powered Lift-Away and other Shark upright vacuum cleaners in brick-and-mortar retail stores and in online retailers. Dyson began selling the Dyson DC41 vacuum cleaner in or around January 2013 and the Dyson DC65 vacuum cleaner in or around January 2014. Since those respective times, on product packaging, point-of-sale marketing materials, and in other advertising for those products, Dyson claimed (and in some cases still claims) that the DC41 and DC65 have "twice the suction of any other vacuum." Dyson also includes a graph on product packaging (and in other advertising materials), in which it quantifies and visually depicts its vacuums' alleged "twice the suction." In a disclaimer under the graph, Dyson qualifies the claim: "Suction tested against upright market to ASTM F558 at the cleaner head, dust-loaded as per IEC 60312.1." On information and belief, Dyson's claims that the DC41 and DC65 have "twice the suction of any other vacuum" are literally false and misleading (and have been literally false and misleading since the inception of the advertising claim on the DC41 and DC65), because several upright vacuum cleaners on the market at all times the claim was made by Dyson have more than half the suction power of the DC41 and the DC65 per ASTM F558. Moreover, as Dyson has admitted, the DC41 and DC65 do not have and never had twice the suction of the Shark Rotator Powered Lift-Away, which was first sold in July 2014. Thus, Dyson has admitted that its "twice the suction" claim is literally false and has been literally false since at least that time. Also on information and belief, consumers associate a vacuum cleaner's suction power with its ability to clean floor surfaces, including carpets. On information and belief, Dyson is aware of this

consumer perception and knowingly exploits it by placing marketing materials touting suction power, including its "Twice the Suction" advertising claim, in close proximity to advertising claims touting cleaning ability. Thus, Dyson impliedly makes the false claim that its DC65 and DC41 vacuums clean floor surfaces, including carpets per ASTM F608 and otherwise, better than any other vacuum by a factor of 2 to 1.

- In 2014, Dyson also claimed in advertisements for its DC65 vacuum cleaner that the DC65 "cleans better than any other vacuum across carpets and hard floors" using *inter alia* the ASTM F608 testing standard. On information and belief, this claim is literally false, false by necessary implication, and misleads consumers because the DC65 does not clean carpets better than any other vacuum, including among others the Shark Rotator Powered Lift-Away.
- In 2014, Dyson claimed in advertisements for its DC59 cordless stick vacuum cleaner that the DC59 "[s]ucks up as much dust as a conventional vacuum without the hassle of a cord." The claim was based, in part, on the ASTM F608 testing standard. On information and belief, this claim is literally false, false by necessary implication, and misleads consumers because the DC59 does not clean carpets better (i.e., suck up as much dust as) than other, full-sized vacuum cleaners, including among others the Shark Rotator Powered Lift-Away.
- Throughout 2014 and continuing to the present, Dyson claims in advertisements for its DC33 MultiFloor vacuum that the DC33 is "[p]roven to clean carpets better than Shark." As evidenced by an asterisked disclaimer, the claim is based on the ASTM F608 testing standard against the Shark Rotator NV402. On information and belief, this claim is literally false, false by necessary implication, and misleads consumers, including by

misleading consumers that the DC33 cleans carpets better than each and every Shark vacuum. In truth, the DC33 does not clean carpets better than several Shark vacuum cleaners, including without limitation the Shark Rotator Powered Lift-Away.

*Second Affirmative Defense*

Dyson's claims are barred, in whole or in part, by the doctrine of laches.

*Third Affirmative Defense*

Dyson's claims are barred, in whole or in part, by the doctrine of estoppel.

*Fourth Affirmative Defense*

Dyson's claims are barred, in whole or in part, by the doctrine of waiver.

*Fifth Affirmative Defense*

Dyson's claims are barred, in whole or in part, because it has failed to mitigate its damages, to the extent any exist.

RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES

SharkNinja hereby gives notice that it intends to rely upon any other affirmative defenses that may become available during the discovery proceedings in this action and hereby reserves its right to amend its answer to assert any such affirmative defenses in the future.

JURY DEMAND

SharkNinja demands a trial by jury on all issues appropriately triable by a jury.

* * * * * * * * * *

PRAYER FOR RELIEF

SharkNinja respectfully requests that Dyson's prayer for relief be denied, and that the Court find Dyson's prosecution of this case is "exceptional" under the Lanham Act entitling SharkNinja to recover the attorneys' fees incurred in defending this action.

Dated: September 22, 2015

Respectfully submitted,

Paul E. Veith
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

/s/ Christopher S. Crook

Roger A. Colaizzi (*pro hac vice*)
recolaizzi@venable.com
Christopher S. Crook (*pro hac vice*)
cscrook@venable.com
Matthew R. Farley (*pro hac vice*)
mrfarley@venable.com
VENABLE LLP
575 Seventh Street, NW
Washington, DC 20004
Tel: (202) 344-4000

Randall K. Miller (*pro hac vice*)
rkmiller@venable.com
Nicholas M. DePalma (*pro hac vice*)
nmdepalma@venable.com
VENABLE LLP
8010 Towers Crescent Drive, Suite 300

Tysons Corner, VA 22182
Tel: (703) 905-1449

*Attorneys for Defendants SharkNinja Operating LLC and SharkNinja Sales Company*

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2015, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issues through the Court's Electronic Case Filing System on this date.

/s/ Christopher S. Crook