IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Dyson, Inc.,

Plaintiff(s),

v.

SharkNinja Operating LLC et al,

Defendant(s).

Case No. 14 C 9442
Judge Gary Feinerman

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Dyson, Inc.
and against defendant(s) SharkNinja Operating LLC and SharkNinja Sales Company, jointly and severally,

in the amount of $18,661,883.,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date:  3/31/2019                                Thomas G. Bruton, Clerk of Court

                                                /a/ Jackie Deanes, Deputy Clerk