# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 12, 2019

*By the Court:*

| | |
|---|---|
| DYSON, INCORPORATED,<br>    Plaintiff-Appellee, Cross-Appellant,<br><br>Nos. 19-1854 and 19-1924    v.<br><br>SHARKNINJA OPERATING LLC and<br>SHARKNINJA SALES COMPANY,<br>    Defendants-Appellants, Cross-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:14-cv-09442<br>]<br>] Gary Feinerman,<br>]    Judge. |

Upon consideration of the **JOINT STIPULATION TO DISMISS APPEAL AND CROSS-APPEAL**, filed on July 12, 2019, by counsel for the parties,

**IT IS ORDERED** that these cases are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit